BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:13-CR-00175 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| JOSE ERNESTO VALENCIA MADRIZ, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Steven Crawford, attorney for the defendant, that the status conference set for January 21, 2014 at 1:00 pm before the Honorable Sheila K. Oberto be continued to February 3, 2014, at 1:00 p.m. The reason for the request is because the Honorable Lawrence J. O'Neill issued an Order dated January 14, 2014, 1:14-mc-0003 LJO, prohibiting any defendant in custody at Fresno County Jail from being transported to Federal Court due to an outbreak of H1N1 flu. The Order is in effect for 7 days, but contemplates the potential of being extended. The defendant is in custody at Fresno County Jail. The parties agree that the Court's next regularly scheduled date for status conferences provides a reasonable amount of time for the flu outbreak to be resolved, and the parties can revisit the issue if it is not. Additionally, the parties will engage in discussions to determine whether the case can be resolved by a plea during the time of the continuance.

The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(7)(A).

Dated: January 15, 2014                                Respectfully submitted,

                                                       BENJAMIN B. WAGNER
                                                       United States Attorney

                                           By     /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney

Dated: January 15, 2014                           /s/ Steven Crawford
                                                  STEVEN CRAWFORD
                                                  Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

   Dated:   **January 15, 2014**                **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE

U.S. v. Valencia Madriz Stipulation and Order        2