BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 1:13-CR-00175 LJO SKO |
| Plaintiff, | STIPULATION TO CONTINUE REPONSE AND MOTION HEARING; ORDER |
| v. | |
| JOSE ERNESTO VALENCIA-MADRIZ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Kathleen A. Servatius, Counsel for Plaintiff, Steven Crawford counsel for Jose Ernesto Valencia-Madriz, agree that the Response to Defendant's Motion for Disclosure of Confidential Informant currently set for Monday, June 9, 2014 at 8:30 a.m. **may be continued to Monday, July 7, 2014, and the Motion Hearing may be continued to Monday, July 21, 2014, at 8:30 a.m. before United States District Judge Lawrence J. O'Neill.** The reason for the continuance is that Kathleen Servatius will be on vacation and unavailable on that date.

The parties further agree that time may excluded pursuant to

- 1 -   STIPULATION TO CONTINUE STATUS CONFERENCE
AND ORDER THEREON

Title 18, United States Code, Sections 3161(h)(1)D) and 3161(7)(B)(iv).

                                    BENJAMIN B. WAGNER
                                    United States Attorney

Dated: June 2, 2014        /s/Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant U.S. Attorney

Dated: June 2, 2014        /s/Steven Crawford
                                    STEVEN CRAWFORD
                                    Attorney for:
                                     Jose Ernesto Valencia- Madriz

## ORDER

**IT IS SO ORDERED** that the Government's response currently set for Monday, June 9, 2014 **is CONTINUED to Monday, July 7, 2014.**

The hearing on the motion shall be set for **July 21, 2014, at 1:00 p.m. before Magistrate Judge Sheila K. Oberto.**

Time shall be excluded for the reasons set forth in the parties' stipulation, and based on the Court's finding that the failure to grant the motion would unreasonably deny the government continuity of counsel and the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  **June 3, 2014**                  **/s/ Sheila K. Oberto**
                                            UNITED STATES MAGISTRATE JUDGE