IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ERNESTO VALENCIA MADRIZ,<br><br>　　　　　　　　　Defendant. | CASE NO.  1:13-CR-000175 LJO-SKO<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR INFORMANT DISCLOSURE<br><br>DATE: July 21, 2014<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

　　　The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jose Ernesto Valencia Madriz, by and through his attorney of record, Steve Crawford, having stipulated to continue the hearing on the defendant's motion to for informant disclosure (originally set for June 16, 2014, and continued to July 21, 2014) to the date of August 18, 2014, at 1:00 p.m., and further agreeing that the government's response to the defendant's motion shall be filed on or before August 4, 2014, and any reply by the defendant be filed on August 11, 2014;

　　　IT IS SO ORDERED.

　　　IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 21, 2014, to August 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

　　Dated:　__July 17, 2014__　　　　　　　　__/s/ Sheila K. Oberto__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION FOR INFORMANT DISCLOSURE

1