IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ERNESTO VALENCIA MADRIZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:13-CR-000175 LJO-SKO<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR INFORMANT DISCLOSURE<br><br>DATE: August 18, 2014<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jose Ernesto Valencia Madriz, by and through his attorney of record, Steve Crawford, having stipulated to continue the hearing on the defendant's motion to for informant disclosure (originally continued to August 18, 2014) to the date of September 2, 1:00 p.m.,

　　　IT IS SO ORDERED.

　　　IT IS FURTHER ORDERED that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 18, 2014 to September 2, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

　　Dated:　**August 14, 2014**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION FOR INFORMANT DISCLOSURE

1