IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSE ERNESTO VALENCIA MADRIZ,<br><br>　　　　　　　　Defendant. | CASE NO.  1:13-CR-000175 LJO-SKO<br><br>ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR INFORMANT DISCLOSURE<br><br>DATE: September 2, 2014<br>TIME: 1:00 p.m.<br>COURT: Hon. Sheila K. Oberto |

　　　The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jose Ernesto Valencia Madriz, by and through his attorney of record, Steve Crawford, having stipulated to continue the hearing on the defendant's motion to for informant disclosure (originally continued to September 2, 2014) to the date of September 18, 10:30 a.m.,

　　　The purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 2, 2014 to September 18, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D).

IT IS SO ORDERED.

　Dated:　__**August 25, 2014**__　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ORDER CONTINUING HEARING ON DEFENDANT'S
MOTION FOR INFORMANT DISCLOSURE

1