Steven L. Crawford #166488
LAW OFFICE OF STEVEN L. CRAWFORD
192 North 11th Street
Grover Beach, CA 93433
Tel:805-458-6312
Fax:805-489-2001
slcrawfordlaw@gmail.com
stevecrawfordlaw.com

Attorney for Defendant
JOSE ERNEST VALENCIA-MADRIZ

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Petitioner,  )<br>)<br>vs.                )<br>)<br>JOSE ERNEST VALENCIA- )<br>MADRIZ,             )<br>)<br>Defendant.  )<br>_____ ) | Case No. 1:13CR00175 LJO<br><br>STIPULATION TO CONTINUE<br>JURY TRIAL and<br>ORDER<br><br>Honorable Lawrence J. O'Neill<br>Original Trial Date:    11/12/14<br>Requested New Date:   02/24/15 |

IT IS HEREBY STIPULATED by and between the parties in the above entitled case, that the jury trial currently set for November 12, 2014 be continued to a new date of February 24, 2015 at 10:00.

This case does not fall into the typical or ordinary criminal case in terms of the evidence or the complexity. Initially, this case was fairly simple in that the

government alleged the defendant participated with an uncharged co-defendant in selling methamphetamine on one occasion and possibly setting up an additional buy of a larger quantity of methamphetamine. Once the charges were filed, it was difficult to determine the true identity of the defendant and defense counsel and his investigator spent a great deal of time locating and securing birthing records of the defendant. The identity was very important as there were other allegations in some of the discovery of other criminal acts pertaining to the originally charged name. The defendant was not a very good source of information as he knew little about where he came from and who his parents were. In addition, following the initial wave of discovery, the United States filed a Notice of Related Case and soon thereafter a tremendous amount of additional discovery was given to the defense and a second part of the case arose. The second part of this case was very complex with many wire-taps, pole cameras, videos, GPS and surveillance.

There is additional investigation that needs to be completed to properly prepare this case for trial. There have been a number of witnesses that have just recently been identified as necessary for defense of this case. Some of these witnesses are transient and/or difficult to locate.  The defense investigator in this case has indicated that he is closer to securing some of these witnesses and others still allude him, however he recently got new information regarding their whereabouts.  These new witnesses necessarily will require additional investigation

into the witnesses' backgrounds, interviews and other investigation as it becomes needed. As some of the witnesses reside outside this district, the defense has solicited the assistance of the federal defender's offices in the districts in which the witnesses allegedly reside. In addition, there has been new information given to the defense in terms of witnesses and information that demand additional investigation. The charges in this case are very serious and the risk to the defendant and his freedom is very severe, more time is needed to properly finish this investigation and secure the witnesses for an effective defense.

Furthermore, the defendant has ongoing medical issues regarding an eye infection that has be going on for several months. The defendant saw a physician a few months ago and was told that he needed a medical procedure performed on his eye and that the physician would schedule it. There has been no word on when that event will take place. The defendant has been very involved in this case and it would be difficult at best for the defendant to assist in his defense and trial without the function of his eyes.

Lastly, there has been some discussion that the defendant's family may attempt to hire private counsel to try this matter. I have indicated to the defendant that this Court would not consider this grounds to continue the trial date and I have also let the defendant know that any new attorney would be required to be prepared

to try the case on the date set by the court and a further continuance would not be granted based solely on the changing of attorneys.

There is no prejudice to the United States for allowing the defense to adequately prepare for trial and to locate, interview, investigate and subpoena recently identified witnesses for this trial. This case will have a very serious impact on the defendant and his family and a continuance is necessary to properly protect the defendant's rights and effectively prepare the case for trial.

## CONCLUSION

For the reasons stated, both parties seek a continuance of trial.

Dated: 10/7/14                                    Respectfully submitted,


                                                         /Kathleen A. Servatius/
                                                  Kathleen A. Servatius, AUSA


                                                         /Steven L. Crawford/
                                                  Steven L. Crawford Attorney for
                                                  JOSE ERNESTO VALENCIA-MADRIZ

**GOOD CAUSE APPEARING, IT IS ORDERED that the trial currently set for November 12, 2014 is hereby vacated and a new trial date of February 24, 2015 at 10:00 am is set.**
**That said, counsel is to advise the defendant that this trial will not be continued again, and if he plans on getting new counsel, he'd better do it NOW.  No counsel will be allowed into this case who doesn't come in indicating that he or she will be ready to try the case as scheduled.  This case is relatively old, and it will either be resolved or it will be tried as now scheduled.**
IT IS SO ORDERED.

   Dated:   **October 9, 2014**                    **/s/ Lawrence J. O'Neill**
                                                  UNITED STATES DISTRICT JUDGE