IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSE LUIS VALENCIA-MADRIZ<br><br>　　　　　　　　　　　Defendant. | **CASE NO. 1:13-CR-175 LJO-SKO**<br><br>**ORDER CONTINUING TRIAL**<br><br>Date:  March 31, 2015<br>Time: 8:30 a.m.<br>Honorable Lawrence J. O'Neill |

The United States of America, by and through BENJAMIN B. WAGNER, United States Attorney, and KATHLEEN A. SERVATIUS, Assistant United States Attorneys, and the defendant Jose Luis Valencia-Madriz, by and through Steve Crawford, his attorney of record, having agreed to continue the trial in this matter from March 31, 2015 until July 14, 2014, at 8:30 a.m., and good cause appearing therefore,

IT IS SO ORDERED.

IT IS FURTHER ORDERED THAT the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act for the reasons stated in the parties' stipulation.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 31, 2015 to July 14, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court

at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **March 2, 2015**            /s/ Lawrence J. O'Neill
                                               UNITED STATES DISTRICT JUDGE