HEATHER E. WILLIAMS, Bar #122664
Federal Defender
PEGGY SASSO, CA Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Attorneys for Defendant
JOSE ERNESTO VALENCIA MADRIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ERNESTO VALENCIA MADRIZ,<br><br>Defendant. | Case No. 1:13-cr-00175 NODJ-SKO-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE CRIMINAL HISTORY REDUCTION CASE |

Defendant, JOSE ERNESTO VALENCIA MADRIZ, by and through his attorney, Assistant Federal Defender Peggy Sasso, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Shelley D. Weger, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), after taking into account the policy statements set forth in USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent they are applicable;

2. The United States Sentencing Commission recently amended the Sentencing Guidelines to include what now appears in USSG § 4C1.1 ("zero-point provision"). *See* Amendment 821, Part B, Subpart 1. The zero-point provision provides a 2-offense-level

reduction for certain offenders who present zero criminal history points and satisfy the criteria listed in USSG § 4C1.1(a). The United States Sentencing Commission made the zero-point provision retroactive beginning February 1, 2024. *See* USSG § 1B1.10(e)(2) (Nov. 1, 2023); 88 Fed. Reg. 60534;

3. On October 13, 2015, this Court sentenced Mr. Valencia Madriz to a term of 188 Months on each of Counts 3 and 4, to be served concurrently for a total term of 188 Months;

4. Mr. Valencia Madriz's total offense level was 36, his criminal history category was I (based on him having zero criminal history points), and the resulting guideline range was 188 to 235 months;

5. The sentencing range applicable to Mr. Valencia Madriz was subsequently lowered by the zero-point provision;

6. Mr. Valencia Madriz is eligible for a reduction in sentence, which reduces his total offense level by 2 from 36 to 34, and his amended advisory guideline range is reduced to 151 to 188 months;

7. Because Mr. Valencia Madriz is eligible for a reduction in sentence, the parties request the Court enter the order lodged herewith reducing Mr. Valencia Madriz's term of imprisonment to 151 months, but if the amount of time served as of February 1, 2024 exceeds 151 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

Respectfully submitted,

Dated:  January 17, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/*
SHELLEY D. WEGER
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 17, 2024

HEATHER E. WILLIAMS
Federal Defender

*/s/*
PEGGY SASSO
Assistant Federal Defender

Attorneys for Defendant
JOSE ERNESTO VALENCIA MADRIZ

**ORDER**

This matter came before the Court on the stipulated motion of the parties for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Valencia Madriz is entitled to the benefit of Amendment 821, Part B, Subpart 1, the new zero-point provision, which reduces the total offense level from 36 to 34, resulting in an amended guideline range of 151 to 188 months.

IT IS HEREBY ORDERED that, pursuant to USSG § 1B1.10(b), the term of imprisonment imposed in 2015 is reduced to a term of 151 months, effective February 1, 2024, but if the amount of time served as of February 1, 2024 exceeds 151 months, the sentence is instead reduced to a sentence of time-served as of February 1, 2024.

IT IS FURTHER ORDERED that all the terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Valencia Madriz shall report to the United States Probation Office within seventy-two hours after his release.

DATED: January 24, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE