AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

Case 1:13-cr-00175-JLT-SKO   Document 107   Filed 01/26/24   Page 1 of 1

# UNITED STATES DISTRICT COURT

for the

EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No: 1:13-cr-00175-001 |
| JOSE ERNESTO VALENCIA MADRIZ | ) |
| | ) USM No: 70020-097 |
| Date of Original Judgment: 10/13/2015 | ) |
| Date of Previous Amended Judgment: | ) Peggy Sasso, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____188_____ months **is reduced to** _____151 months_____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____10/21/2015_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: _____01/24/2024_____

*Judge's signature*

Effective Date: _____02/01/2024_____       Honorable District Judge Jennifer L. Thurston
*(if different from order date)*       *Printed name and title*